UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :     INFORMATION
                                 :
              - v. -             :     08 Cr.
                                 :
PAUL LUPIE,                      :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

1.   On or about February 29, 2008, in the Southern District of New York and elsewhere, PAUL LUPIE, the defendant, unlawfully, willfully, and knowingly did possess any book, magazine, periodical, film, videotape, computer disk, and any other materials that contained images of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

MICHAEL J. GARCIA
United States Attorney