LAW OFFICES
## STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
KATIE M. LACHTER
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

<u>VIA FACSIMILE</u>

August 20, 2008

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re: <u>United States of America v. Paul Lupie</u>
08 cr. 00676 (SCR)

Dear Judge Robinson:

    I am counsel for Paul Lupie in the above referenced matter. I am writing to confirm the discussion I had earlier today with Brandon Skolnik of Your Honor's Chambers regarding adjourning the next court appearance in this matter from September 26, 2008 at noon to October 3, 2008 at noon due to a scheduling conflict I have. I have spoken with AUSA Anna Skotko, who has no objection to this request. I am also writing to confirm that on behalf of Mr. Lupie I consent to the exclusion of time under the speedy trial act for this one week adjournment.

    I am of course available to answer any questions Your Honor may have.

Respectfully,

Marjorie J. Peerce

MJP/mm

cc: Anna Skotko, AUSA (via facsimile)

*Time from September 26, 2008 to Oct 3, 2008 is excluded from the Speedy Trial Act calculation for the reasons set forth above and in the interests of justice*

**APPLICATION GRANTED**

HON. STEPHEN C. ROBINSON
8/21/08