UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

08 Cr. 676 (SCR)

v.

Paul Lupie,

_____

ROBINSON, J.

     The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record.  The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated June 9, 2009, is approved and accepted.

     The Clerk of the court is directed to enter the plea.

Date: June 23, 2009

SO ORDERED:

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: